## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFONZO EXUM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:23-cv-03891-JDW |
| | : | |
| **GEORGE LITTLE, et al.,** | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 15th day of November, 2024, upon consideration of the Commonwealth Defendants' Motion For Summary Judgment (ECF No. 26), and the for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**
